# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO P. R.D. E., A MINOR
CHILD.

No. 73455

DIXIE MARIE EDGAR,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,
Respondent.

FILED

DEC 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER

This pro se appeal was docketed in this court on July 14, 2017, without payment of the requisite filing fee. Subsequently, appellant filed an application to proceed in forma pauperis and an extension of time to pay the filing fee. On July 26, 2017, the court entered an order advising appellant to seek leave for in forma pauperis status in the district court or pay the filing fee within 30 days. The order further advised that failure to comply with this order would result in the dismissal of this matter. On November 6, 2017, appellant filed another letter asking for a 45 day extension to pay the filing fee. No cause appearing, the motion is denied and this appeal is dismissed.

It is so ORDERED.

_____, C.J.

cc: Hon. Richard Wagner, District Judge
Dixie Marie Edgar
Humboldt County District Attorney
Humboldt County Clerk

17-43778